■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON DAVIS, Appellant. [34 NYS3d 903]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kohm, J.), imposed March 28, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Green*, 136 AD3d 1055 [2016]). Eng, P.J., Balkin, Hall, Cohen and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HILL, Appellant. [34 NYS3d 904]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Sciarrino, Jr., J.), imposed April 27, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Callahan*, 80 NY2d 273, 283 [1992]; *People v Brown*, 122 AD3d 133, 140 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall, Sgroi and Miller, JJ., concur.